**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

ANTONIO JENKINS, MICHAEL MARTINEZ and DAVID CLAY, on his own behalf and on behalf of those similarly situated

      Plaintiffs,

v.                                      Case No: 2:12-cv-677-FtM-38DNF

NORTH TEXAS MAINTENANCE, INC. and CLINT HEMBY,

      Defendants.
_____/

**ORDER**

The matter comes before the Court regarding its previous Order setting this matter for hearing on July 2, 2013. (Doc. #21). The Court reschedules this hearing for July 17, 2013 at 1:30 p.m.

Accordingly, it is now

**ORDERED:**

(1) A hearing will be held in this matter to determine damages as to the opt-in plaintiffs as to Defendants North Texas Maintenance, Inc. and Clint Hemby as outlined in this Court's June 6, 2013 Order (Doc. #21) on **July 17, 2013 at 1:30 p.m.**, at 2110 First Street, Courtroom 5D, Fort Myers, Florida 33901. The Clerk is directed to issue a separate Notice of Hearing.

(2) The Clerk shall provide a copy of this Order and the Notice of Hearing to all Defendants at the last known address in the Court file.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of June, 2013.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record